JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leonard Uchenna Nwafor, | ) | Case No. **CV 14-3732-JFW** |
| | ) | **CR 08-126-JFW** |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in this Court's November 4, 2014 Order,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.


Dated: November 4, 2014       _____
                                JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE